1042

No. 72–564. BOARD OF EDUCATION OF CENTRAL DISTRICT No. 1 OF THE TOWN OF ADDISON ET AL. *v.* JAMES. C. A. 2d Cir. Certiorari denied.

No. 72–565. BALDASSARO *v.* OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 72–572. SCHOENLING BREWING CO., INC. *v.* WURZBURGER HOFBRAU AKTIENGESELLSCHAFT ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–573. MARSH *v.* CURRY. C. A. 6th Cir. Certiorari denied.

No. 72–576. ROBINSON ET AL. *v.* McCORKLE, COMMISSIONER, DEPARTMENT OF INSTITUTIONS AND AGENCIES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 72–5030. WOLFE *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 72–5038. CHAVEZ ET AL. *v.* FRESHPICT FOODS, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 72–5058. LOTZ *v.* KOLOSKI, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–5082. WOCHER *v.* LOS ANGELES CITY SCHOOL DISTRICT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–5089. TAHL *v.* O'CONNOR, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 72–5100. MILLS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.